UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RANDALL LEE and OKEY GRIMM, On
Behalf of Themselves and All Others
Similarly Situated,

Plaintiffs,                                                  CIVIL NO. 1:13-cv-01219-KG-RHS

V.                                                           JURY TRIAL DEMANDED

DISH NETWORK, L.L.C. and
STOCKTON
TELECOMMUNICATIONS, INC.

**Defendants.**

ORDER GRANTING JOINT STIPULATION REGARDING NOTICE TO
FLSA CLASS MEMBERS AND MOTION FOR APPROVAL OF NOTICE

On this day, the Court considered the Parties' Joint Motion for Entry of Stipulation (the "Motion") conditionally certifying the above captioned case as a collective action under the Fair Labor Standards Act for notice purposes. Having considered the Motion, the Court will enter the stipulation.

THEREFORE IT IS ORDERED that the joint stipulation of the parties is hereby approved.

.

_____
UNITED STATES DISTRICT JUDGE