IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RANDALL LEE and OKEY GRIMM,
*on behalf of themselves and all others similarly situated,*

    Plaintiffs,

vs.                                                                  CIV 13-1219 KG/SCY

DISH NETWORK, L.L.C., and STOCKTON
TELECOMMUNICATIONS, INC.,

    Defendants.

**AMENDED ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, SEPTEMBER 15, 2015, AT 1:30 PM.** Counsel shall call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings. *This line can only accommodate up to five telephone lines, including the Courts*; if the parties anticipate that they will exceed this capacity, they must contact my assistant, Theresa Hall, at 575-528-1461, immediately so that alternative arrangements may be made.

_____
UNITED STATES DISTRICT JUDGE