IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RANDALL LEE and OKEY GRIMM,
*on behalf of themselves and all others similarly situated,*

    Plaintiffs,

vs.   CIV 13-1219 KG/LF

DISH NETWORK, L.L.C., and STOCKTON
TELECOMMUNICATIONS, INC.,

    Defendants.

## ORDER DENYING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE having come before the Court upon the Unopposed Motion To Withdraw Paul N. Jones and Mark A. Weitz as counsel for Defendant, Stockton Telecommunications, Inc., and the Court having reviewed the Motion, and being fully advised in the premises, it is hereby:

ORDERED AND ADJUDICATED that

1. the Motion to Withdraw is hereby DENIED; and

2. Paul N. Jones and Mark Weitz are hereby permitted to refile their motion to withdraw as counsel for the Defendant, Stockton Telecommunications, Inc. pursuant to D.N.M.LR-CV 83.8, specifically including the notice required by 83.8(c).

_____
UNITED STATES DISTRICT JUDGE