| RANDALL LEE and OKEY GRIMM, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>DISH NETWORK, L.L.C. and STOCKTON TELECOMMUNICATIONS, INC.<br><br>Defendants. | CIVIL ACTION NO. 1:13-cv-01219-KG-LF |
|---|---|

### ORDER GRANTING PAUL N. JONES AND MARK WEITZ'S MOTION TO WITHDRAW

THIS CAUSE having come before the Court, upon the Motion To Withdraw of Paul N. Jones and Mark A. Weitz as counsel for Defendants, Stockton Telecommunications, Inc. and the Court having reviewed the Motion, and being fully advised in the premise, it is hereby :

ORDERED AND ADJUDICATED that

1. The Motion to Withdraw is here by GRANTED.

2. Paul N. Jones and Mark Weitz is hereby permitted to withdraw as counsel for the Defendants, Stockton Telecommunications, Inc. forthwith and shall have no further obligation in this matter.

3. Stockton Telecommunications, Inc., shall within thirty (30) days of the signing of this Order, retain a new attorney and have the attorney file as written appearance.

ORDERED 10th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE