IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RANDALL LEE and OKEY GRIMM,
On Behalf of Themselves and All Others
Similarly Situated,

    Plaintiffs,

vs.                                                          Civ. No. 13-1219 KG/LF

STOCKTON TELECOMMUNICATIONS, INC.,

    Defendant.

## DEFAULT JUDGMENT AGAINST STOCKTON TELECOMMUNICATIONS, INC.

This matter comes before the Court upon its September 10, 2015, Order Granting Paul N. Jones and Mark Weitz's Motion to Withdraw (Order).  (Doc. 117).  In that Order, the Court ordered Defendant Stockton Telecommunications, Inc. (STI) to obtain substitute counsel within 30 days of the signing of the Order.  The Court notes that STI's former counsel put STI on notice that failure to obtain substitute counsel could result in a default judgment or appropriate sanctions against STI.  (Doc. 116).  STI has not obtained counsel as ordered by the Court. Hence, the Court will enter default judgment against STI.

IT IS ORDERED that default judgment is granted in favor of Plaintiffs and against Defendant Stockton Telecommunications, Inc. on liability for all claims Plaintiffs assert against Defendant Stockton Telecommunications, Inc.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE