IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RANDALL LEE and OKEY GRIMM,
*On Behalf of Themselves and All Others
Similarly Situated*,

      Plaintiffs,

vs.                                                 Civ. No. 13-1219 KG/LF

STOCKTON TELECOMMUNICATIONS, INC.,

      Defendant.

## ORDER

This matter comes before the Court after holding a telephonic status conference on October 21, 2015, regarding how to address the damages determination against the defaulting Defendant.

IT IS ORDERED that

1. briefing and any admissible evidence addressing damages caused by the defaulting Defendant, Stockton Telecommunications, Inc., shall be filed with the Court no later than 5:00 PM on November 12, 2015;

2. any responsive briefing shall be filed with the Court no later than 5:00 PM on November 30, 2015; and

3. a proposed order shall be submitted to chambers by Plaintiffs' counsel no later than 5:00 PM on December 3, 2015.

_____
UNITED STATES DISTRICT JUDGE